■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDE FOOTMAN BEY, Appellant.—Case held, decision reserved, and matter remitted to Monroe County Court for a hearing, in accordance with same memorandum as in *People v Bey* (144 AD2d 972 [decided herewith]). (Appeal from order of Monroe County Court, Celli, J.—CPL art 440.) Present—Doerr, J. P., Denman, Green, Pine and Lawton, JJ.